UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                                    Case No. 12 B 38517
    Leroy BROWN
    Tonya M BROWN
         Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2012.

2) The plan was confirmed on 02/07/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/19/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/10/2013, 12/23/2014, 04/22/2015.

5) The case was Converted on 05/27/2015.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,085.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,085.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,962.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $565.51 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,527.71

Attorney fees paid and disclosed by debtor:    $537.80

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA Checkmate LLC | Unsecured | 2,653.85 | 3,138.44 | 3,138.44 | 0.00 | 0.00 |
| Accounts Receivable Management | Unsecured | 453.05 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 383.36 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 112.89 | NA | NA | 0.00 | 0.00 |
| Amca/American Medical Coll Agency | Unsecured | 237.09 | NA | NA | 0.00 | 0.00 |
| Aspen | Unsecured | 658.02 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 913.13 | 913.13 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 243.63 | 243.63 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 892.88 | 809.48 | 809.48 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 672.60 | 691.85 | 691.85 | 0.00 | 0.00 |
| AT&T | Unsecured | 823.38 | NA | NA | 0.00 | 0.00 |
| Baker, Miller, Markoff & Krasny LLC | Unsecured | 153.23 | NA | NA | 0.00 | 0.00 |
| Bank Of America N A | Secured | 216,033.00 | 164,307.31 | 164,307.31 | 0.00 | 0.00 |
| Bank Of America N A | Secured | 21,000.00 | 21,000.00 | 17,742.21 | 3,100.88 | 0.00 |
| Bank Of America N A | Secured | 0.00 | 425.00 | 425.00 | 0.00 | 0.00 |
| Blatt Hasenmiller Leibsker & Moore | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | 2,410.58 | 2,850.78 | 2,850.78 | 0.00 | 0.00 |
| Capital Management Services, INC | Unsecured | 1,629.18 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 7,860.00 | 18,062.49 | 18,062.49 | 0.00 | 0.00 |
| Cbe Group | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 770.87 | NA | NA | 0.00 | 0.00 |
| CCB Credit Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago State University | Unsecured | 942.50 | NA | NA | 0.00 | 0.00 |
| Christ Hospital & Medical Center | Unsecured | 51.18 | NA | NA | 0.00 | 0.00 |
| Christ Hospital & Medical Center | Unsecured | 660.54 | NA | NA | 0.00 | 0.00 |
| Cingular Wireless | Unsecured | 483.36 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 1,178.57 | 1,275.01 | 1,178.57 | 510.64 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 0.00 | 96.44 | 96.44 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 360.00 | 1,839.20 | 1,839.20 | 0.00 | 0.00 |
| Comcast Correspondence Division | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 1,037.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Control | Unsecured | 1,326.00 | NA | NA | 0.00 | 0.00 |
| Credit Control | Unsecured | 422.50 | NA | NA | 0.00 | 0.00 |
| Credit Management | Unsecured | 941.79 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 204.59 | NA | NA | 0.00 | 0.00 |
| Financial Credit Services | Unsecured | 366.99 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 635.01 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 643.68 | NA | NA | 0.00 | 0.00 |
| I.C. System, Inc. | Unsecured | 315.84 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 121.96 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 282.64 | 266.56 | 266.56 | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,435.31 | 583.21 | 583.21 | 349.66 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 10,059.68 | 1,059.68 | 0.00 | 0.00 |
| Illinois Dept of Transportation | Unsecured | 3,375.00 | NA | NA | 0.00 | 0.00 |
| InSolve Recovery LLC | Unsecured | NA | 342.22 | 342.22 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 1,703.75 | 1,703.75 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 6,947.00 | 6,947.00 | 6,947.00 | 4,164.93 | 0.00 |
| IVP Care, inc | Unsecured | 451.22 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 226.92 | 226.92 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 663.00 | 663.00 | 663.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 663.00 | 663.00 | 0.00 | 0.00 |
| Joseph and Stephens Associates | Unsecured | 1,187.22 | NA | NA | 0.00 | 0.00 |
| Law Offices of Gregory G Plesha | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Law offices of Talan & Ktsanes | Unsecured | 569.87 | NA | NA | 0.00 | 0.00 |
| Liberty Mutual Group | Unsecured | 449.74 | NA | NA | 0.00 | 0.00 |
| Lincoln Motor Mart | Secured | 1,000.00 | 0.00 | 1,000.00 | 755.00 | 62.42 |
| Linebarger Goggan Blair & Sampson | Unsecured | 1,026.20 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 292.80 | NA | NA | 0.00 | 0.00 |
| Marquette Bank | Unsecured | 477.75 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 1,629.65 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists, Inc | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| Mrsi | Unsecured | 1,066.36 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 722.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 1,584.42 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 79.92 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 924.95 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc | Unsecured | 303.19 | NA | NA | 0.00 | 0.00 |
| Office of Secretary of State | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| One Click Cash | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Osi Collect | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| PayDay Loan Store | Unsecured | 355.28 | NA | NA | 0.00 | 0.00 |
| Payday One | Unsecured | 807.38 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corporatio | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 999.27 | 1,595.08 | 1,595.08 | 0.00 | 0.00 |
| PFG of Minnesota | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 642.77 | 716.85 | 716.85 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 83.00 | 307.11 | 307.11 | 0.00 | 0.00 |
| Portfolio Recovery Associates LLC | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 453.00 | 453.05 | 453.05 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 0.00 | 440.22 | 440.22 | 0.00 | 0.00 |
| PYOD | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| PYOD | Unsecured | NA | 867.50 | 867.50 | 0.00 | 0.00 |
| PYOD | Unsecured | 738.01 | 729.22 | 729.22 | 0.00 | 0.00 |
| Richard J Boudreau & Associates | Unsecured | 716.85 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 93.00 | 93.76 | 93.76 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 48.46 | 48.46 | 0.00 | 0.00 |
| Robert P. Mistovich | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Rushmore Service Center | Unsecured | 453.05 | NA | NA | 0.00 | 0.00 |
| Saxon Mortgage Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,989.00 | 7,152.00 | 7,152.00 | 0.00 | 0.00 |
| SSM GROUP | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| State Farm Insurance | Unsecured | 7,223.00 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 1,464.89 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services | Unsecured | 802.48 | NA | NA | 0.00 | 0.00 |
| Union Auto Sales | Secured | 1,541.00 | 0.00 | 1,541.00 | 1,541.00 | 72.76 |
| United Cash Loans | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| United Debt Holdings | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| University of Illinois at Chicago | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Work Force Financial | Unsecured | 871.81 | 1,617.68 | 1,617.68 | 0.00 | 0.00 |
| Work Force Financial | Unsecured | 0.00 | 900.89 | 900.89 | 0.00 | 0.00 |
| XpressChex | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $164,307.31 | $0.00 | $0.00 |
| Mortgage Arrearage | $18,167.21 | $3,100.88 | $0.00 |
| Debt Secured by Vehicle | $2,541.00 | $2,296.00 | $135.18 |
| All Other Secured | $1,178.57 | $510.64 | $0.00 |
| **TOTAL SECURED:** | **$186,194.09** | **$5,907.52** | **$135.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,530.21 | $4,514.59 | $0.00 |
| **TOTAL PRIORITY:** | **$7,530.21** | **$4,514.59** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,002.39** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,527.71 |
| Disbursements to Creditors | $10,557.29 |
| **TOTAL DISBURSEMENTS** : | **$14,085.00** |

UST Form 101-13-FR-S (9/1/2009)

     12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/06/2015                              By: /s/ Marilyn O. Marshall
                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**